UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

HUNTSVILLE GOLF            )
DEVELOPMENT, INC.,         )
an Alabama corporation,    )
                           )
          Plaintiff        )
                           )      No. 1:08cv0006
v.                         )      Judge Haynes/Brown
                           )
BRINDLEY CONSTRUCTION      )
COMPANY, INC., et al.      )
                           )
          Defendants       )

**O R D E R**

A settlement conference was held with the parties on February 23, 2011, at the direction of Judge Haynes.

The parties were unable to reach a resolution satisfactory to both sides.  At the present time it does not appear that anything remains to be done by the undersigned.  However, the parties are advised that the Magistrate Judge remains available should the parties wish to conduct further discussion.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge